**Mary Brown BROOKS, Plaintiff—Appellant,**

v.

**Frank HARRIS, Defendant—Appellee,**

v.

**R. Maples, In Re: Subpoena Duces Tecum Served: Custodian of Records, Labor Relations Office, United States Postal Service, Movant—Appellee.**

No. 04–1419.

United States Court of Appeals, Fourth Circuit.

Submitted May 3, 2004.

Decided May 21, 2004.

Mary Brown Brooks, Appellant pro se. Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Movant—Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Brown Brooks appeals from the district court order granting the Government's motion to quash a subpoena duces tecum issued by a state court upon a federal employee in his official capacity. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. *See Brooks v. Harris,* No. CA–04–91 (E.D.Va. Apr. 7, 2004). We deny the motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*